UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation,
           Plaintiff,

v.

CITY OF EVERETT, a municipal corporation of the Commonwealth of Massachusetts,
           Defendant.

NO.

**05-11800WGY**

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, AT&T Corp., a New York corporation, discloses that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

AT&T CORP.,

By its attorney,

_____
John P. Dennis, BBO #120592
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated: August 31, 2005

199285_1