UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP.

                                      CIVIL ACTION
                                      NO.05-11800-WGY

V

CITY OF EVERETT

## ORDER OF RECUSAL

YOUNG, C.J.

     The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                                                WILLIAM G. YOUNG
                                                UNITED STATES DISTRICT JUDGE

                                                By the Court,

                                                /s/ Elizabeth Smith
                                                _____
                                                    Deputy Clerk