AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

AT&T CORP., a New York Corporation,
V.
CITY OF EVERETT, a municipal corporation of the Commonwealth of Massachusetts

2005 DEC 28 P 4:10

**SUMMONS IN A CIVIL ACTION**

DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

**05-11800WGY**

TO: (Name and address of Defendant)
City of Everett
484 Broadway, Everett, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Dennis, Lynch, Brewer, Hoffman & Fink, LLP, 101 Federal Street, Boston, Massachusetts 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



CLERK

(By) DEPUTY CLERK

DATE    8-31-05

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | December 28, 2005 |
| NAME OF SERVER  JOHN MILANO | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to _____ **Mr. John Hanlon, Mayor Elect and**
Duly Authorized Agent for the within-named _____ **Defendant, City of Everett.**
Said service was made at:
_____ **484 Broadway, Everett** _____ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 30.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ December 28, 2005 _____    *[signature: John Milano]*
                        Date                                                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
    PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

Also served:
- Civil Cover Sheet
- Category Sheet
- Corporate Disclosure Statement

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109             Fax #        (617) 720-5737