1  KATHRYN L. KEMPTON, BAR No. 173543
   HENRY HWANG, BAR No. 221884
2  ASSAYAG MAUSS KEMPTON
   A Professional Law Corporation
3  2915 Redhill Avenue, Suite 200
   Costa Mesa, California 92626
4  Telephone: (714) 427-6800
   Fax: (714) 427-6888
5
   Attorneys for Plaintiff, AT&T Corp.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF MASSACHUSETTS**

10

11 AT&T Corp., a New York             ) CASE NO. 05-CV-11800 RWZ
   corporation,                       )
12                                    )
        Plaintiff,                    ) **ASSENTED-TO MOTION FOR**
13 vs.                                ) **CONTINUANCE OF PRETRIAL DATES;**
                                      ) **[PROPOSED] ORDER**
14 City of Everett, a municipal       )
   corporation of the Commonwealth    )
15 of Massachusetts,                  )
                                      )
16      Defendant.                    )

17

18

19      WHEREAS, the pre-trial litigation dates in the above-captioned

20 matter are currently scheduled as follows:  Discovery Completion date

21 – May 31, 2007; and Pretrial Conference – June 6, 2007;

22      WHEREAS, the parties are currently engaged in informal discovery

23 and need additional time to complete discovery;

24      WHEREAS, the parties are attempting to settle the matter through

25 the informal exchange of information and documents;

26      WHEREAS, all parties agree and hereby stipulate that a brief

27 continuance of the pretrial dates will not prejudice any party since

28 all parties are in agreement;

ASSAYAG
MAUSS
KEMPTON

-1-

THEREFORE, it is hereby stipulated and agreed to by the parties to the following:

1. The parties request that the Court continue the Discovery Completion date and the Pretrial Conference by at least 30 days.

DATED: May 30, 2007　　　　　ASSAYAG MAUSS KEMPTON
　　　　　　　　　　　　　　　A Professional Law Corporation


By:　/s/ Kathryn L. Kempton
　　　Kathryn L. Kempton
Attorneys for Plaintiff AT&T Corp.


DATED: May 30, 2007　　　　　LYNCH, BREWER, HOFFMAN & FINK LLP


By:　/s/ John P. Dennis
　　　John P. Dennis
Local Counsel for Plaintiff AT&T Corp.


DATED: May 30, 2007　　　　　CITY OF EVERETT


By:　/s/ Victor G. Dragone
　　　Victor G. Dragone, Jr.
Assistant City Solicitor for the City of Everett

ASSAYAG MAUSS KEMPTON

## ORDER

For good cause having been shown, it is hereby ordered that:

1. The Discovery Completion date is _____;

2. The Pretrial Conference is _____.

**IT IS SO ORDERED.**

Dated: May \_\_\_, 2007          By: _____
                                    Honorable Rya W. Zobel
                                    United States District Court Judge

-3-

ASSAYAG
MAUSS
KEMPTON