UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>              Plaintiff,<br>v.<br><br>CITY OF EVERETT, a municipal corporation of the Commonwealth of Massachusetts,<br>              Defendant. | NO.  05-CV-11800 RWZ |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to M.G.L. c 221, §46A, undersigned counsel for Plaintiff, AT&T Corp., moves that Attorney Henry Hwang, Esq. be allowed to practice in this Court in the above-captioned case.  In support thereof, undersigned counsel submits the Affidavit of Henry Hwang and states as follows:

    1.    Mr. Hwang is a member of the bars of the following State and/or Federal Bar Associations:

        (1) California State Bar
           December 4, 2002
           Bar No. 221884

        (2) U.S. District Court, Central District of California
           December 4, 2002
           Bar No. 221884

        (3) U.S. District Court, Northern District of California
           September 27, 2006
           Bar No. 221884

    2.    Mr. Hwang is a member in good standing in every jurisdiction where he has been admitted to practice.

    3.    There are no disciplinary proceedings pending against Mr. Hwang as a member of the bar in any jurisdiction.

4. Mr. Hwang has advised the Plaintiff, AT&T Corp., with respect to the matters at issue in this action and is knowledgeable concerning the subject matter of this suit.

5. Mr. Hwang has filed herewith an affidavit in support of his motion.

WHEREFORE, undersigned counsel for the Plaintiff, AT&T Corp., in this matter respectfully requests that this Court allow Mr. Hwang to appear and practice in this Court in the above-captioned case.

AT&T CORP.,

By its attorneys,

/s/ John P. Dennis

John P. Dennis, BBO #120592
LYNCH, BREWER, HOFFMAN & FINK, LLP
101 Federal Street, 22nd Floor
Boston, MA  02110-1800
(617) 951-0800

Dated:  July 23, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AT&T CORP., a New York corporation,<br>　　　　　　Plaintiff,<br>v.<br><br>CITY OF EVERETT, a municipal corporation of the Commonwealth of Massachusetts,<br>　　　　　　Defendant. | NO. 05-CV-11800 RWZ |

### AFFIDAVIT OF HENRY HWANG

I, Henry Hwang, do depose and say as follows:

1. I am an associate at the law firm Assayag Mauss Kempton, located at 2915 Redhill Avenue, Suite 200, Costa Mesa, California 92626.

2. I am a member in good standing of the bar of the State of California and am admitted to practice before, and am in good standing with the following federal courts:   U.S.D.C., Central District of California

   U.S.D.C., Northern District of California

3. My firm is counsel for Plaintiff, AT&T Corp. ("AT&T"), and AT&T requests that I appear on its behalf in this action.

4. For the foregoing reasons, I respectfully request to appear and practice before this Court *pro hac vice* for the purpose of representing AT&T in this case.

SIGNED THIS 20 DAY OF JULY, 2007 UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

Henry Hwang