UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AT&T CORP., a New York corporation,
                Plaintiff,

v.

CITY OF EVERETT, a municipal
corporation of the Commonwealth of
Massachusetts,
                Defendant.

NO. 05-CV-11800 RWZ

## JUDGMENT FOR PLAINTIFF

Plaintiff, AT&T Corp., (the "Plaintiff"), and Defendant, City of Everett (the "Defendant") agree that judgment shall enter in this matter as follows:

1. Plaintiff, AT&T Corp., shall recover damages in the amount of $80,000.00 from Defendant, City of Everett,

2. Both parties waive all rights of appeal.

CITY OF EVERETT,
By its attorneys,

Victor J. Dragone, Jr., (BBO# 134320)
City of Everett
484 Broadway
Everett, MA 02149
(617) 394-2230

AT&T CORP.,
By their attorneys,

John P. Dennis, Esq., (BBO#120592)
LYNCH BREWER HOFFMAN & FINK LLP
101 Federal Street, 22nd Floor
Boston, Massachusetts 02110
(617) 951-0800

Dated: September 12, 2007

Entered and adopted as a judgment of the Court this ___ day of September, 2007 at Boston, Massachusetts

_____
(Zobel, U.S.D.J.)